MICHAEL O'BRIEN, Deceased, Appellant, Impleaded with Others.— Motion to open default denied. Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs. Held, that the appeal is so lacking in merits as to justify denial of the motion to open the default.

In the Matter of the Application of HAECKER STERLING COMPANY, INC., Appellant, v. CITY OF BUFFALO and Others, Respondents.—Appeal dismissed without costs upon stipulation filed.

OLIVER V. NENNO, Appellant, v. WALRATH-STEVENS COMPANY and Others, Respondents.—Appeal dismissed, with ten dollars costs upon stipulation filed.

THOMAS L. McKAY, Appellant, v. MICHAEL J. McDONALD, Respondent. — Motion granted and appeal dismissed, with costs.

In the Matter of the Appointment of Two Trustees of the City and County Hall for the Use of the City of Buffalo and County of Erie, to Succeed WADSWORTH J. ZITTEL and HENRY C. STEUL, Whose Terms of Office Expired on the 4th day of May, 1920.— The said Wadsworth J. Zittel and Henry C. Steul are appointed trustees, each for the term of six years, expiring on the 4th day of May, 1926.

HERMAS GARIEPY, Respondent, v. REUBEN W. EBERLY, Appellant.— Judgment and order affirmed, with costs. All concur.

HENRY MARTIN COMPANY, Respondent, v. GEORGE C. TAYLOR, as President, etc., Appellant.— Judgment and order affirmed, with costs. All concur, except Kruse, P. J., who dissents and votes for reversal.

In the Matter of the Petition of GEORGE R. FEARON, as Administrator, etc., of ORSON D. CLARK, Deceased, Respondent, for the Judicial Settlement of the Accounts of EUNICE P. CLARK, as Executrix, etc., of ORSON D. CLARK, Deceased, to Be Rendered by OLIVER D. BURDEN, as Executor, etc., of EUNICE P. CLARK, Deceased, Appellant.— Decree affirmed, with costs. All concur.

THE EXCHANGE BANK OF OAKFIELD, Respondent, v. ALMON J. BISHOP and Another, Defendants, Impleaded with EMORY J. BISHOP and Another, Appellants.— Judgment modified so as to provide that the lien of the lease given to Emory J. Bishop shall be prior in time and legal effect to the lien of plaintiff's mortgage, and as so modified the judgment is affirmed, with costs in this court and in County Court to the appellants. Findings of fact and conclusions of law are modified accordingly. All concur.

HERBERT S. SISSON, as State Commissioner of Excise of the State of New York, Respondent, v. SAMUEL H. HERTZBERG, Appellant.— Judgment affirmed, with costs. All concur.

ARTHUR L. VAN ETTEN and Another, Plaintiffs, v. CHARLES M. HIRSCHFELDER and Others, Defendants.— Defendants' exceptions overruled, motion for new trial denied, with costs, and judgment directed for the plaintiffs upon the verdict, with costs. All concur, Clark J., not sitting.

MILDRED NADELL, Appellant, v. ERIE RAILROAD COMPANY, Respondent. — Order affirmed, with ten dollars costs and disbursements, with leave to the plaintiff to plead over within twenty days upon payment of the costs of the motion and of this appeal. All concur.